IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENT N. KING, | No. CV-F-04-6278 REC/LJO |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION (Doc. 19) AS MOOT |
| vs. | |
| G. TRACY, et al., | |
| Defendant. | |

On April 15, 2005, plaintiff filed a motion for reconsideration, seeking reconsideration by the district court of the magistrate judge's denial of his motion for appointment of counsel.

The court denies this motion for reconsideration as moot. This action was dismissed and judgment for defendants entered on April 7, 2005.

IT IS SO ORDERED.

**Dated: April 15, 2005**              **/s/ Robert E. Coyle**
668554                                 UNITED STATES DISTRICT JUDGE

1